BRODSKY & SMITH, LLC
Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90202
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

Attorneys for Plaintiff
HECTOR VELARDE

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 144389)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 498-7034
Facsimile: (916) 288-6334

Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-1522
Facsimile: (310) 201-5219

Attorneys for Defendant
TUESDAY MORNING, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VELARDE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUESDAY MORNING, INC.,<br><br>Defendant.<br><br>Defendants. | Case No. 2:18-cv-02968-PA (GJSx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation Of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. **Dismissal Of Action.** The action is dismissed with prejudice, and without costs or fees, as to plaintiff Hector Velarde. The action is dismissed without prejudice, and without costs or fees, as to any other person who could have been a member of the class alleged in the Complaint.

2. **No Admissions.** This Dismissal may not be construed or used as an admission or concession by or against Defendant of the validity of any claim or any actual or potential fault, wrongdoing, or liability.

**IT IS SO ORDERED.**

Dated: July 11, 2018

*[signature]*

Percy Anderson
United States District Judge